ROBERT K. STAFFORD, Appellant, Impleaded with
Another, v. NEW YORK LIFE INSURANCE COMPANY,
Respondent, Impleaded with Others.

(Argued December 1, 1932; decided December 16, 1932.)

*Robert E. McLear* for appellant.

*B. F. Norris* and *Frank R. Pitt* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.